IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 15-cr-40059-001-JPG |
| | ) |
| DIANA L. OSTEEN, | ) |
| | ) |
|    Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Osteen's *pro se* Motion (Doc. 178) for Appointment of Counsel. Ms. Osteen requests that this Court appoint counsel to represent her with regard to her request for bond pending appeal and to seal her sentencing transcripts. The Court notes that Ms. Osteen is currently represented by appellate counsel.

Ms. Osteen's request for bail pending appeal has already been denied by the United States Court of Appeals for the Seventh Circuit. *See United States of America v. Diana L. Osteen*, Case No. 16-1819, Document No. 00712856350 (7th Cir.). With regard to her sentencing transcripts, Ms. Osteen was directed by this Court to Show Cause on or before October 24, 2016, why her motion (Doc. 168) should remain *ex parte.* (Doc. 176). She has failed to do so and was warned that her failure to respond would result in the motion be stricken from the docket. Therefore, the Clerk of Court is **DIRECTED** to **STRIKE** defendant Osteen's *Ex Parte* Motion (Doc. 168) to Seal Sentencing Transcripts.

Both issues in which Ms. Osteen requests the assistance of counsel are now moot. Her request for bail pending appeal has been denied by the Seventh Circuit and her *ex parte* motion has been stricken. The Court understands that these motions were filed *pro se* and that the defendant is hoping that counsel could succeed in securing bond for her and/or in obtaining a

court order sealing the defendant's sentencing transcripts. However, Ms. Osteen is currently represented by appellate counsel and additional counsel could not alter the Seventh Circuit's ruling on the issue of bond. Further, defendant had an opportunity to request redaction of the sentencing transcripts and failed to do so and then failed to respond to this Court's show cause order.

Therefore, Defendant Osteen's *pro se* Motion (Doc. 178) for Appointment of Counsel on the issue of bail pending appeal is **DENIED** as moot and as stated above, defendant Osteen's *Ex Parte* Motion (Doc. 168) to Seal Sentencing Transcripts is **STRICKEN**.

**IT IS SO ORDERED.**

**DATED:**   11/3/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**