# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>DIANA L. OSTEEN,   )<br>   )<br>   Defendant.   ) | Case No. 15-cr-40059-001-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on defendant Osteen's *pro se* Motion (Doc. 181) for Bail Pending Additional Proceedings.

Ms. Osteen's had requested to be released pending her appeal and that request was denied by the United States Court of Appeals for the Seventh Circuit. *See United States of America v. Diana L. Osteen*, Case No. 16-1819, Document No. 00712856350 (7th Cir.). Ms. Osteen indicates that her appeal has been granted; however, this Court has not yet received a mandate. Once the mandate is received, this Court will act upon the mandate and until that time, bail pending additional proceedings is premature.

Therefore, Defendant Osteen's *pro se* Motion (Doc. 181) for Bail Pending Additional Proceedings is **DENIED** without prejudice.

**IT IS SO ORDERED.**

**DATED:** 1/24/2017

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**