IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DIANA L. OSTEEN,<br><br>    Defendant. | Case No. 15-cr-40059-JPG |

### MEMORANDUM AND ORDER

In light of the United States Court of Appeals for the Seventh Circuit judgment in *United States of America v. Osteen*, Case No. 16-1819 (Jan. 18, 2017) vacating the judgment in this case and remanding for further proceedings, the Court:

- **ORDERS** that pursuant to 18 U.S.C. § 3142(d):

1. The defendant shall be **DETAINED** and that within 10 days of the execution of this order, Magistrate Judge Daly is **DIRECTED** to conduct a detention hearing pursuant to 18 U.S.C. § 3142(f) and enter an Order Regarding Pretrial Discovery and Motion Practice;

2. The defendant shall be **AFFORDED** reasonable opportunity for private consultation with her attorney or any person hired by her attorney for the purpose of preparing for trial;

3. On Order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall **DELIVER** defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

- **APPOINTS** the Federal Public Defender to represent Ms. Osteen as it appears from the record that Defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel pursuant to 18 U.S.C. § 3006A;

- **ORDERS** a final pretrial hearing to be held on **March 29, 2017** at **9:30** a.m. in Benton, Illinois and jury trial to be held on **April 10, 2017** at **9:00** am in Benton, Illinois;

- **DIRECTS** the Clerk of Court to <u>**fax and/or scan**</u> a copy of this order along with the mandate in *United States of America v. Osteen*, Case No. 16-1819 (Jan. 18, 2017), to the Warden at Greenville FPC, PO Box 6000, Greenville, Illinois 62246.

**IT IS SO ORDERED.**

**DATED: February 10, 2017**

<u>*s/J. Phil Gilbert*</u>
**J. PHIL GILBERT**
**DISTRICT JUDGE**